**Dismissed and Opinion Filed January 15, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00728-CV**

**KATHERINE MITCHELL, Appellant**
**V.**
**DALLAS HOUSING AUTHORITY, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-03179-E**

# MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Molberg
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. By postcard dated November 15, 2019, we notified appellant the time for filing appellant's brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Robert D. Burns, III//
ROBERT D. BURNS, III
CHIEF JUSTICE


190728f.p05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KATHERINE MITCHELL, Appellant

No. 05-19-00728-CV     V.

DALLAS HOUSING AUTHORITY,
Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-19-03179-E.
Opinion delivered by Chief Justice Burns.
Justices Whitehill and Molberg
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 15th day of January, 2020.